57932. MURRAY v. THE STATE.

SMITH, Judge.
It was here proper for the jury to determine whether Murray's confession to police was given voluntarily and after he had knowingly waived his constitutional rights. We also conclude that the evidence supported the verdict. Finding Murray's contentions meritless, we affirm his conviction of armed robbery.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED JUNE 11, 1979 — DECIDED
SEPTEMBER 4, 1979.

*A. Frank Grimsley,* for appellant.
*D. E. Turk, District Attorney, Gary C. Christy, Assistant District Attorney,* for appellee.